# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| JOANNE TRAGAS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:22-cv-899-LSC-GMB |
| CHAD GARRETT, *et al.*, | ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

Respondent Warden Neely notified the court that the Bureau of Prisons ("BOP") released the petitioner into the custody of Immigrations Customs Enforcement ("ICE"). (Doc. 16). Accordingly, the Magistrate Judge entered a report (Doc. 17) on April 28, 2023, recommending that the amended petition for a writ of habeas corpus (Doc. 4) be dismissed as moot. No objections have been filed.

Because the petitioner has been released from BOP custody, the court can no longer provide her meaningful relief. The court therefore finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) (holding that "a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 7–8 (1998) (finding that a petitioner must demonstrate collateral consequences to avoid the mootness doctrine once he has been released from custody). Consequently, the court

**ADOPTS** the report and **ACCEPTS** the recommendation. The petition is due to be dismissed.

A final judgment will be entered.

**DONE** and **ORDERED** on May 17, 2023.

_____
L. Scott Coogler
United States District Judge

160704